IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-01107-OES

LARRY DARNELL SIMS,
    Plaintiff,

v.

JOE ORTIZ,
RON LEYBA,
STEVEN L. HARTLEY,
CAPT. HAIL,
AVCF MAILROOM KNOWN-UNKNOWN JOHN-JANE DOES,
SGT. MOFFIT, and
OFC. WHITERKER,
    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 27 2005

GREGORY C. LANGHAM
CLERK

## ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS

Plaintiff Larry Darnell Sims is a prisoner in the custody of the Colorado Department of Corrections at the Arkansas Valley Correctional Facility at Crowley, Colorado. Mr. Sims has filed *pro se* a Prisoner Complaint and Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. On June 16, 2005, Magistrate Judge O. Edward Schlatter ordered Mr. Sims to show cause why the § 1915 motion should not be denied because he is subject to the filing restrictions in 28 U.S.C. § 1915(g). On July 7, 2005, Mr. Sims filed his response to the show cause order. For the reasons stated below, the *in forma pauperis* motion will be denied.

Mr. Sims seeks leave to proceed without prepayment of fees or security therefor pursuant to the federal *in forma pauperis* statute, 28 U.S.C. § 1915. In relevant part, § 1915 provides:

> In no event shall a prisoner bring a civil action or
> appeal a judgment in a civil action or proceeding under this
> section if the prisoner has, on 3 or more prior occasions,
> while incarcerated or detained in any facility, brought an
> action or appeal in a court of the United States that was
> dismissed on the grounds that it is frivolous, malicious, or
> fails to state a claim upon which relief may be granted,
> unless the prisoner is under imminent danger of serious
> physical injury.

28 U.S.C. § 1915(g).

As Magistrate Judge Schlatter noted in the order to show cause, Mr. Sims has filed more than three actions or appeals in a court of the United States while he was incarcerated or detained in any facility that were dismissed as frivolous, malicious, or for failure to state a claim. *See Sims v. Miller*, Nos. 00-1210 and 00-1202, 2001 WL 201946 (10th Cir. Feb. 28, 2001) (dismissing two appeals as frivolous and noting that Mr. Sims has three dismissals for the purposes of § 1915(g)). Magistrate Judge Schlatter also rejected Mr. Sims' argument that he is in imminent danger of serious physical injury with respect to the claims asserted in the instant action.

Mr. Sims' response to Magistrate Judge Schlatter's show cause order, for the most part, is not related to the issue of whether Mr. Sims is subject to the filing restrictions in § 1915(g). Mr. Sims does not dispute the fact that he has three or more prior frivolous dismissals that satisfy the criteria set forth in § 1915(g). He concedes that he is not in imminent danger of serious physical injury. Therefore, the motion seeking leave to proceed *in forma pauperis* will be denied. If Mr. Sims wishes to pursue his claims in this action, he must pay the $250.00 filing fee pursuant to 28 U.S.C. § 1914(a). Although Mr. Sims offers to pay the filing fee in installments, he may not make installment payments. Accordingly, it is

2

ORDERED that the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 is denied. It is

FURTHER ORDERED that Mr. Sims shall have **thirty (30) days from the date of this order** to pay the entire $250.00 filing fee if he wishes to pursue his claims in this action. It is

FURTHER ORDERED that if Mr. Sims fails to pay the entire $250.00 filing fee within the time allowed, the complaint and the action will be dismissed without further notice.

DATED at Denver, Colorado, this 26 day of July, 2005.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-01107-OES

Larry D. Sims
Prisoner No. 49971
Arkansas Valley Corr. Facility
PO Box 1000
Crowley, CO 81034

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 7/27/05

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk